UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **NETLIST, INC.,**<br><br>    Plaintiff,<br><br>v.<br><br>**MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., and MICRON TECHNOLOGY TEXAS LLC,**<br><br>    Defendants. | Civil Action No. 6:21-cv-00431-ADA |

### ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND

This Court, having considered Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas LLC's Unopposed Motion for Extension of Time for Defendants to Answer or Otherwise Respond to Plaintiff's Complaint hereby orders that the motion is GRANTED.

Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas LLC's deadline to answer, move or otherwise respond to Plaintiff's Complaint (Dkt. No. 1) is extended until August 20, 2021.

SIGNED this _____ day of June, 2021.

_____
THE HONORABLE ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE