IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>   Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., and MICRON TECHNOLOGY TEXAS LLC,<br><br>   Defendants. | Civil Action No. 6:21-cv-00430-ADA<br><br>Civil Action No. 6:21-cv-00431-ADA<br><br>**JURY TRIAL DEMANDED** |

## MOTION FOR ENTRY OF SCHEDULING ORDER

The parties hereby submit their respective proposed scheduling orders for the above captioned cases. Plaintiff's proposal is submitted as Exhibit A. Defendants' proposal is submitted as Exhibit B. The proposed scheduling orders are identical with the exception of the following issue:

- Plaintiff's proposal includes post-*Markman* dates, while Defendants' proposal does not.

  o **Plaintiff's Position:** The Default Schedule included in the Court's OGP—last updated mere months ago—includes dates that begin with service of plaintiff's infringement contentions and end with a date for jury selection and trial. *See* Order Governing Proceedings – Patent Case Version 3.4 (June 24, 2021), *available at* https://www.txwd.uscourts.gov/wp-content/uploads/Standing%20Orders/Waco/Albright/Order%20Governing%20Proceedings%20-%20Patent%20Cases%20062421.pdf. Defendants do not identify any compelling reason to depart from the Court's default procedure, which sets

cases for trial at the outset as a matter of course. Netlist's counsel's experience is that the Court enters a schedule through trial in nearly all cases, and the Court can make subsequent adjustments to the schedule as it sees fit. Netlist disagrees that baking uncertainty and lack of predictability into the case at the outset is in anyone's best interest; the parties and the Court would benefit from entry of a full schedule. Entry of a full schedule will prevent unnecessary delay and ensure that the case proceeds efficiently.

- o  **Defendants' Position:** Defendants understand that identifying post-*Markman* dates at this time is not required under the Court's practice because the Court sets a trial date during the *Markman* hearing and the parties can work together to craft a schedule at that time for all post-*Markman* events. Due to the uncertainty of the trial date, and counsel's availability for dates affected by when the trial is set, Defendants believe that post-*Markman* dates can be added at a later time as has been the practice in counsel's prior cases in this Court.

Dated: September 24, 2021

/s/ Ryan A. Hargrave

Paul J. Skiermont (TX Bar No. 24033073)
Steven Hartsell (TX Bar No. 24040199)
Jaime Olin (TX Bar No. 24070363)
Ryan A. Hargrave (TX Bar No. 24071516)
Sheetal S. Patel (TX Bar No. 24070390)
SKIERMONT DERBY LLP
1601 Elm St., Ste. 4400
Dallas, TX 75201
Phone: (214) 978-6600
Fax: (214) 978-6601
pskiermont@skiermontderby.com
shartsell@skiermontderby.com
jolin@skiermontderby.com
rhargrave@skiermontderby.com
spatel@skiermontderby.com

Rex Hwang (CA Bar No. 221079)
SKIERMONT DERBY LLP
800 Wilshire Blvd., Ste. 1450
Los Angeles, CA 90017
Phone: (213) 788-4500
Fax: (213) 788-4545
rhwang@skiermontderby.com

J. Stephen Ravel (TX Bar No. 16584975)
Kelly Ransom (TX Bar No. 24109427)
KELLY HART & HALLMAN LLP
303 Colorado, Suite 2000
Austin, Texas 78701
Tel: (512) 495-6429
steve.ravel@kellyhart.com
kelly.ransom@kellyhart.com

*Attorneys for Plaintiff*
Netlist, Inc.

/s/ Michael R. Rueckheim

Thomas M. Melsheimer
State Bar No. 13922550
TMelsheimer@winston.com
Natalie Arbaugh
State Bar No. 24033378
NAarbaugh@winston.com
WINTSON & STRAWN LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
Telephone: (214) 453-6500
Facsimile: (214) 453-6400

Katherine Vidal
*Pro Hac Vice*
State Bar No. 194971
KVidal@winston.com
Michael R. Rueckheim
State Bar No. 24081129
MRueckheim@wintson.com
WINSTON & STRAWN LLP
275 Middlefield Road, Suite 205
Menlo Park, CA 94025
Telephone: (650) 858-6500
Facsimile: (650) 858-6559

*Attorneys for Defendants*
Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas, LLC

## **CERTIFICATE OF SERVICE**

      I hereby certify that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(b)(1) on this the 24th day of September, 2021.

                                        */s/ Michael R. Rueckheim*