# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| NETLIST, INC. | § | |
| | § | |
| vs. | § | NO:  WA:21-CV-00431-ADA |
| | § | |
| MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., MICRON TECHNOLOGY TEXAS LLC, MICRON TECHNOLOGY TEXAS LLC, MICRON SEMICONDUCTOR PRODUCTS, INC., MICRON TECHNOLOGY, INC., NETLIST, INC. | § | |

## ORDER SETTING MARKMAN HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for MARKMAN HEARING by Zoom on March 31, 2022 at 09:00 AM.

IT IS SO ORDERED this 3rd day of March, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE